IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00666-SKC

JACQUELINE CARRILLO ALONZO,

    Petitioner,

v.

JUAN BALTASAR, Warden, GEO Group ICE Processing Center;
ROBERT HAGAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement;
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department of Homeland Security;
PAMELA BONDI, U.S. Attorney General;

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 14 and 16) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 (ECF No. 1) is GRANTED. It is

FURTHER ORDERED that to the extent Petitioner's counsel seeks an award of attorney's fees, he must file a separate motion for fees that complies with the Federal Rules of Civil Procedure and the Local Rules of Practice for this District. It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 2nd day of March, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:  <u>s/C. Pearson, Deputy Clerk</u>